# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNFI Wholesale, Inc., f/k/a SUPERVALU Wholesale Operations, Inc., | Civil File No. 23-3162 |
| Plaintiff, | **ACCEPTANCE OF SERVICE** |
| v. | |
| Adel Kassim and Salah Alrawhani, | |
| Defendants. | |

I, Andrew M. Kuzma, am authorized by Adel Kassim and do hereby acknowledge and accept personal service of the Summons and Complaint in the above referenced action on his behalf on this 29th day of November, 2023.

Date: 11/29/23

*/s/ Andrew Kuzma*
Andrew M. Kuzma